IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | )　　8:07CV239<br>) |
| Jamie J. Spencer,<br>　　　　Defendant, | )<br>)<br>) |
| and | )<br>) |
| LaQuinta Inn & Suites,<br>　　　　Garnishee. | )<br>) |

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT

　　　This matter comes before this Court on the Application For Writ of Continuing Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against LaQuinta Inn & Suites, the garnishee, and for good cause shown,

　　　IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against LaQuinta Inn & Suites, whose address is 1201 Avenue H, Carter Lake, IA 51510.

　　　DATED this 19th day of November, 2008.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Chief District Court Judge